NATIONAL SMALL SHIPMENTS TRAFFIC CONFERENCE, INC., ET AL. *v.* MIDDLEWEST MOTOR FREIGHT BUREAU ET AL.

No. 539. Decided December 8, 1969

*Arthur A. Arsham* and *John J. C. Martin* for appellants.

*Roland Rice* for Middlewest Motor Freight Bureau et al., and *Solicitor General Griswold* and *Fritz Kahn* for the Interstate Commerce Commission, appellees.

PER CURIAM.

The motions to dismiss are granted and the appeal is dismissed for want of jurisdiction.

INTERNATIONAL NICKEL CO., INC. *v.* CITY OF BAYONNE

No. 542. Decided December 8, 1969

*Prospero DeBona* for appellant.

*Nicholas A. Panepinto* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.